UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17-33607-WRS
Chapter 13

Willie Ray Searight,

    Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on April 2, 2018. For the reasons stated in open court, it is

ORDERED that the Trustee's Objection to Confirmation is sustained, confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 6th day of April, 2018.

/s/ William R. Sawyer

William R. Sawyer, Chief
United States Bankruptcy Judge

c:     Debtor
       Mark A. Cavanaugh, Attorney for Debtor
       Sabrina L. McKinney, Trustee
       All Creditors